## (March 7, 1960)

■ AMY T. BLACK, Respondent, v. SOPHIE BEDERSON et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

■ JOAN DERWIN, an Infant, by RUTH WEINSTEIN, Her Guardian ad Litem, et al., Appellants, v. TUNIS LAKE PROPERTIES, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

■ In the Matter of ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC.— Motion "for the entry of an order on the appeal in this case, and if the order is one affirming the orders at Supreme Court, for leave to appeal to the Court of Appeals, or in the alternative, for leave to appeal to the Court of Appeals from the order of this Court treating its appeal as an original application". Motion denied, without costs. Present — Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ BERNARD C. MADDEN et al., Respondents, v. CHARLES T. ATKINS, Individually and as President of Association No. 88 of Masters and Mates of the National Organization Masters, Mates and Pilots of America, Inc., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

■ CHARLES R. MAXWELL et al., Appellants, v. KRISTEN KRISTENSEN et al., Constituting the Common Council of the City of Yonkers, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

■ ARCHIBALD STONE, Respondent, v. MARIAN E. STEWART, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

■ TOWN OF HEMSTEAD, Respondent, v. HERBERT W. GOLDBLATT et al., Appellants.— Motion for leave to appeal to the Court of Appeals and for other relief denied. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

■ MANUEL ARGUITA et al., Respondents, v. MAYFAIR-FLUSHING CORP., Appellant, et al., Defendants.— In an action by apartment-house tenants for a judgment declaring the rights of the parties with respect to a setback garden court area, and for injunctive relief, the appeals are (1) from an order which denied appellant's motion for summary judgment dismissing the complaint, and (2) from an order which granted respondents' motion for a temporary injunction. Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.